IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:20-CV-577-FDW-DCK

| | |
|---|---|
| NATIONWIDE MUTUAL INSURANCE COMPANY, ) <br> ) <br> **Plaintiff**, ) <br> ) <br> v. ) <br> ) <br> **CHRISTOPHER T MAY, and** ) <br> **LAW OFFICES OF CHRISTOPHER T. MAY, P.C.**, ) <br> ) <br> **Defendants**. ) <br> ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 6) filed by David Wisz, concerning Daniel J. Cunningham on December 17, 2020. Daniel J. Cunningham seeks to appear as counsel *pro hac vice* for Plaintiff. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 6) is **GRANTED**. Daniel J. Cunningham is hereby admitted *pro hac vice* to represent Plaintiff.

Signed: December 17, 2020

David C. Keesler
United States Magistrate Judge