# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Nationwide Mutual Insurance Company, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:20-cv-00577-FDW-DCK |
| | ) | |
| vs. | ) | |
| | ) | |
| Law Offices of Christopher T. May, P.C. Christopher T May, | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 26, 2022 Order.

May 26, 2022

Frank G. Johns, Clerk
United States District Court